PROPOSED ORDER/COVER SHEET

TO: Honorable Patricia Trumbull  
U.S. Magistrate Judge

RE: Phuong Nguyen

FROM: Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

DOCKET NO.: CR 05-00723 RMW

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel  
U.S. Pretrial Services Officer

408-535-5222  
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____  Presiding District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

**PVT** Modification(s)

A. The defendant shall participate in mental health counseling as directed by Pretrial Services

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

Other Instructions:

_____  
JUDICIAL OFFICER

DATE 6/14/06

Cover Sheet (12/03/02)